*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CLINT TARRANT,<br><br>    Defendant. | 2:15-cr-127-RFB<br><br>ORDER FOR ISSUANCE OF <u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u> FOR CLINT TARRANT (ID # 63116) |

Upon reading the Petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a *Writ of Habeas Corpus Ad Prosequendum* issue out of this Court, directing the production of the body of the said CLINT TARRANT to the Lloyd D. George Federal Courthouse, via the custody of the United States Marshal for the District of Nevada, 333 South Las Vegas, Nevada 89101, on November 20, 2015, at 3:00 p.m., for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: November 10, 2015

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
2  KATHRYN C. NEWMAN
   Assistant United States Attorney
3  333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada  89101
4  PHONE: (702) 388-6336
   FAX:  (702) 388-6698
5

*UNITED STATES DISTRICT COURT*
6  *DISTRICT OF NEVADA*
   -oOo-
7

8  UNITED STATES OF AMERICA,

                                                      2:15-cr-127-RFB
9              Plaintiff,

10     vs.                                            AMENDED PETITION FOR *WRIT OF HABEAS CORPUS AD PROSEQUENDUM* FOR
                                                       CLINT TARRANT (ID # 63116)
11 CLINT TARRANT,

12             Defendant.                              (Sealed)

13     The Amended Petition of the United States Attorney for the District of Nevada respectfully

14 shows that CLINT TARRANT, Prisoner ID No. 63116, is committed by due process of law to the

15 custody of the Warden Brain E. Williams, Sr., Southern Desert Correction Center, 20825 Cold

16 Creek Road, Indian Springs, Nevada 89070.  It is necessary that said CLINT TARRANT be

17 temporarily released to the custody of the United States Marshal for the District of Nevada, 333.

18 South Las Vegas Boulevard, Las Vegas, Nevada 89101, under a Writ of Habeas Corpus Ad

19 Prosequendum so that CLINT TARRANT may be present on November 20, 2015, at 3:00 p.m.,

20 before the United States District Court, District of Nevada for arraignment and from time to time

21 and day to day thereafter until excused by the said Court.

22     That the presence of the said CLINT TARRANT at the United States Marshal for the District

23 of Nevada, 333. South Las Vegas Boulevard, Las Vegas, Nevada 89101, on November 20, 2015, at

24 the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused

by the Court has been ordered by the United States Magistrate Judge for the District of Nevada.

WHEREFORE, Petitioner respectfully prays that a *Writ of Habeas Corpus Ad Prosequendum* issue out of this Court, directed to Warden Brain E. Williams, Sr., Southern Desert Correctional Center, 20825 Cold Creek Road, Indian Springs, Nevada, 89070, and the United States Marshal for the District of Nevada, commanding them to produce the said CLINT TARRANT to the United States Marshal for the District of Nevada, 333 South Las Vegas Boulevard, Las Vegas, Nevada 89101, on November 20, 2015 at 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of Warden Brain E. Williams, Sr., Southern Desert Correctional Center, 20825 Cold Creek Road, Indian Springs, Nevada, 89070.

DATED this 9th day of November, 2015.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Kathryn C. Newman*

KATHRYN C. NEWMAN
Assistant United States Attorney