

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-CR-127-RFB |
| Plaintiff, | ) | |
| v. | ) | Preliminary Order of Forfeiture |
| CLINT TARRANT, | ) | |
| Defendant. | ) | |

This Court finds that defendant Clint Tarrant pled guilty to Count Seventy-Six of an Eighty-One Count Superseding Indictment charging him with Theft of Government Property in violation of Title 18, United States Code, Section 641. Superseding Indictment, ECF No. 5; Change of Plea, ECF No.168; Plea Agreement, ECF No. 170.

This Court finds defendant Clint Tarrant agreed to the imposition of the in personam criminal forfeiture money judgment of $100,666.20 set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Indictment, held jointly and severally liable with any codefendants. Superseding Indictment, ECF No. 5; Change of Plea, ECF No.168; Plea Agreement, ECF No. 170.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 641, a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a conspiracy to commit such offense, and is subject to forfeiture

///

pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p).

This Court finds that Clint Tarrant shall pay an in personam criminal forfeiture money judgment of $100,666.20 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Clint Tarrant an in personam criminal forfeiture money judgment of $100,666.20.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 17 day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE